IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| Russell and Marilyn Hinton; | ) | |
| Debtor(s) | ) | JUDGE A. Benjamin Goldgar |
| | ) | |
| | ) | 12-27560 |

### NOTICE OF MOTION

TO:

Via Electronic Filing:
   US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S.
   Dearborn St, Rm 873; Chicago, IL 60604 by ECF at
   USTPRegion11.ES.ECF@usdoj.gov
   Marilyn O. Marshal; 224 S. Michigan Ave, Ste 800; Chicago, IL 60604 by ECF at
   courtdocs@chi13.com
Via U.S. Mail:
   All parties on the attached notice list.

   Please take notice that on January 14, 2013 at 9:30 a.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois, and shall then and there present the attached motion, at which time you may appear if you so choose.

### PROOF OF SERVICE

Martin A. Lear, an attorney, certifies that he caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on December 19, 2013.

/s/ Martin A. Lear
Martin A. Lear
Counsel for Debtor

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

Label Matrix for local noticing
0752-1
Case 12-27560
Northern District of Illinois
Chicago
Thu Dec 19 16:32:41 CST 2013

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMCA Collection Agency
RE: Quest Diagnostics, Inc,
P.O. Box 1235
Elmsford, NY 10523-0935

AMERICASH LOANS, LLC
PO BOX 184
DES PLAINES, IL 60016-0003

Advocate Health Care
P.O. Box 5598
Matteson, IL 60443

Advocate Medical Group
P.O. Box 92523
Chicago, IL 60675-2523

Advocate Medical group
332 S. Michigan Ave
Ste 600
Chicago, IL 60604-4318

Afni
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701-1465

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Americash Loans
3200 W. 159th St.
Harvey, IL 60428-4056

Aspire
P.O. Box 105374
Atlanta, GA 30348-5374

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090-1630

Cardiospecialists Group
39649 Treasury Center
Chicago, IL 60694-9600

Cb Usa Inc
5252 S Hohman Ave
Hammond, IN 46320-1723

Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

Check 'n Go of Illinois
639 W. 14th Street
Chicago Heights, IL 60411-2374

Consultants In Pathology
POB 30309
Charleston, SC 29417-0309

Consumer Portfolio Services, Inc.
PO Box 57071
Irvine, CA 92619-7071

Consumer Portfolio Svc
Attn: Bankruptcy
16355 Laguna Canyon Rd
Irvine, CA 92618-3801

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007-1912

Fingerhut
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820

First Cash Advance
1205 E Sibley
Dolton, IL 60419-2928

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Franciscan St. James Health
37653 Eagle Way
Chicago, IL 60678-1376

Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Ginnys/Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Great American Finance
20 N Wacker Dr. Suite 2275
Chicago, IL 60606-1294

Illinois Collection Se
Po Box 1010
Tinley Park, IL 60477-9110

Illinois Title Loan
15940 S. Kedzie
Markham, IL 60428-4017

Instant Cash Advance
1205 E. Sibley
Dolton, IL 60419-2928



(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
Purchased From FINGERHUT
PO BOX 7999
SAINT CLOUD MN 56302-7999
Orig By: FINGERHUT DIRECT MRKTING

Jefferson Capital Systems LLC
Purchased From GLOBAL ACCEPTANCE CREDIT
PO BOX 7999
SAINT CLOUD MN 56302-7999
Orig By: COLUMBUS BANK AND TRUST

MASSEY'S
128 WEST RIVER ROAD
CHIPPEWA FALLS, WI 54729-2377

Magnolia Lane Partners LLC
3434 25th Ave W Suite 302
Seattle, WA 98199-2229

Malcom S. Gerald & Associates
332 S. Michigan Ave
Suite 514
Chicago, IL 60604-4318

Midland Funding
8875 Aero Dr
San Diego, CA 92123-2255

Midnight Velvet
Swiss Colony Midnight Velvet
1112 7th Ave
Monroe, WI 53566-1364

Midnight Velvet
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

National Quik Cash #452
16311 S. Halsted
Harvey, IL 60426-5918

Nicholas Financial Inc
2454 Mcmullen Booth Rd Bldg C
Clearwater, FL 33759-1353

Pay Day Loan Store
PLS Financial Clerk
1020 N McLean Blvd
Elgin, Il 60123-1709

Payday Loan of Illinois
1006 E. 162nd St.
South Holland, IL 60473-2560

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148-6408

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard/ Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Progressive
11629 S. 700 E
Ste 250
Draper, UT 84020-8399

Quest Diagnostics
PO Box 809403
Chicago, IL 60680-9403

Radiology Imaging Consultants
PO Box 1886
Harvey, IL 60426-7886

Regional Acceptance Co
5425 Robin Road
Norfolk, VA 23513-2451

Regional Acceptance Co
Attn: Bankruptcy
266 Beacon Ave
Winterville, NC 28590-7924

Regional Acceptance Corporation
BB&T is servicing on behalf of itself
PO Box 1847
Wilson, NC 27894-1847

Regional Acceptance Corporation
BB&Tis servicing this acct on behalf of
itself or one of its affiliates
PO Box 1847
Wilson, NC 27894-1847

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Tinley Woods Surgery Center
18200 LaGrange Rd.
Tinley Park, IL 60487-7721

Trident Asset Manageme
5755 Northpoint Pkwy Ste
Alpharetta, GA 30022-1142

United recovery Service
18525 Torrence Ave, Suite C-6
Lansing, IL 60438-2891

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

Westlake Financial Svc
4751 Wilshire Blvd Suite 100
Los Angeles, CA 90010-3847

Ernesto D Borges
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602-4647

Marilyn J. Hinton
3802 213th Place
Matteson, IL 60443-2455

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Russell Hinton Jr.
3802 213th Place
Matteson, IL 60443-2455

Tyree V Wright
Law Offices of Ernesto D. Borges, Jr.
105 W Madison
23rd Floor
Chicago, IL 60602-4647

Zeljko Popovic
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor
Chicago, IL 60602-4647


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
BLUESTEM BRANDS, INC. (FINGERHUT
POB 41067
Norfolk VA 23541


Us Bank
Attention: Bankruptcy Dept.
Po Box 5229
Cincinnati, OH 45201

End of Label Matrix
Mailable recipients    67
Bypassed recipients     0
Total                  67

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| Russell and Marilyn Hinton; | ) | |
| Debtor(s) | ) | JUDGE A. Benjamin Goldgar |
| | ) | |
| | ) | 12-27560 |

## MOTION TO MODIFY PLAN

NOW COMES the Debtors, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and move this Honorable Court, pursuant to § 1329(a) to enter an order modifying Debtors' Plan, and in support thereof states as follows:

1. Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code; that plan was confirmed.

2. Debtors' confirmed Chapter 13 Plan calls for monthly payments of $1,781.00 for 60 Months with a dividend of no less than 100% to general unsecured creditors.

3. The joint Debtor has become injured and has lost a significant portion of her income. (Exhibit A)

4. That the Debtors ask that the Chapter 13 plan be amended to reduce the monthly plan payment to $872.00 per month for the remainder of the plan, and to reduce the minimum dividend to 10% for the timely filed general unsecured claims.

5. The proposed plan would have met the requirements for confirmation on the original confirmation date.

WHEREFORE, Debtor respectfully prays this Court enter an order modifying her current Chapter 13 plan; and for such other and further relief this Court deems just and proper.

Respectfully Submitted,
/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200