IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Russell Hinton, Jr.
Marilyn J. Hinton
          Debtors

Bankruptcy No. 12-27560
Judge A. Benjamin Goldgar
Chapter: 13

## NOTICE OF MOTION

TO:    Russell Hinton, Jr., 3802 213th Place, Matteson, IL 60443
        Marilyn J. Hinton, 3802 213th Place, Matteson, IL 60443
        Marilyn O. Marshall, 224 S. Michigan Ste 800, Chicago, IL 60604
        Ernesto D. Borges, 105 W. Madison, 23rd Fl., Chicago, IL 60602
        Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

      Please take notice on July 1, 2014 at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar, in Courtroom 642, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached motion at which time you may appear if you wish.

                                            /s/ Kenneth W. Bach
                                            Kenneth W. Bach,  IL ARDC #6295816

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on June 11, 2014. The remaining parties were served by the CM/ECF electronic noticing system.

                                            /s/ Kenneth W. Bach
                                            Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:

Russell Hinton, Jr.
Marilyn J. Hinton
          Debtors

Bankruptcy No. 12-27560
Judge A. Benjamin Goldgar
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)

      Citimortgage, Inc. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 801 Harvard Lane, Matteson, Illinois 60443 (the "Property"). The Required Statement is attached hereto as Exhibit C, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on July 11, 2012.

2. A Chapter 13 Plan was confirmed on October 2, 2012.

3. The Debtors have executed and delivered or are otherwise obligated with respect to a certain promissory note in the original principal amount of $112,500.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

6. The plan calls for the Debtor(s) to surrender the Property

7. As of May 15, 2014, the outstanding amount of the Obligations is: $197,297.99.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $850.00

in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $197,297.99.

10. Cause exists for relief from the automatic stay for the following reasons:

   a) Movant's interest in the Property is not adequately protected.

   b) The plan calls for the Debtors to surrender the Property.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Citimortgage, Inc.

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE