REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)  Russell Hinton, Jr. and Marilyn J. Hinton    Case No. 12-27560    Chapter 13
All Cases: Moving Creditor  Citimortgage, Inc.    Date Case Filed  7/11/2012
Nature of Relief Sought:    ■ Lift Stay    □ Annul Stay    □ Other (describe)
Chapter 13:    Date of Confirmation Hearing _____    Or Date Plan Confirmed  10/2/2012
Chapter 7:    □ No-Asset Report Filed on _____
    □ No-Asset Report not filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model _____
   c. □ Other (describe) _____

2. Balanced Owed as of May 15, 2014    $197,297.99
   Total of all other Liens against Collateral    $0.00

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   No post-petition payments have been received as plan provides for surrender of the property

4. Estimated Value of Collateral (must be supplied in *all* cases)    $114,430.00

5. Default
   a. □ Pre-Petition Default
      Number of months _____    Amount _____
   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months  22    Amount  $30,572.30
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months _____    Amount _____

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid    Amount  $ _____
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe) _____

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. ■ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe) _____
      ii. □ Multiple Filings
      iii. ■ Other (describe)    The plan calls for the Debtors to surrender the Property

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm    ii. □ Redeem    iii. □ Surrender    iv. ■ No Statement of Intention Filed

Date:  6/11/2014    /s/ Kenneth W. Bach
                   Counsel for Movant

# EXHIBIT C